## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

LUCAS ISSACHAROFF
DIRECT DIAL (212) 729-2018

E-MAIL LISSACHAROFF@SUSMANGODFREY.COM

December 15, 2016

**VIA ECF**

The Honorable Deborah A. Batts
United States District Court
 for the Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

Re:   *WorldQuant, LLC v. Ober*, 16-cv-9298

Dear Judge Batts:

Please see attached a joint protective order, signed by both parties, for your endorsement.

Respectfully submitted,

*/s/ Lucas Issacharoff*

Lucas Issacharoff

Attachment:   Joint Protective Order

cc:   Joshua Hawks-Ladds, Timothy G. Ronan, James T. Shearin (via ECF)

4676656v1/015432